

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00165-CR

Gerardo Delrio **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 8878
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 11, 2025.

_____
Lori I. Valenzuela, Justice